[No. 23686-9-II.     Division Two.     June 25, 1999.]

Scott Horton, et al., *Appellants*, v. Wayne Horton, et al., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-06262-0, Thomas Felnagle, J., entered July 24, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 24075-1-II.     Division Two.     June 25, 1999.]

Stouffer & Knight, et al., *Appellants*, v. Continental Casualty Company, et al., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-11520-2, M. Karlynn Haberly, J., entered March 17, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Armstrong, J. Now published at 96 Wn. App. 741.

[No. 24086-6-II.     Division Two.     June 25, 1999.]

Christa L. Jaeger, *Respondent*, v. Wayne A. Emery, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 81-3-01030-1, Richard A. Strophy, J., entered April 21, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 39781-8-I.     Division One.     June 28, 1999.]

The State of Washington, *Respondent*, v. Delano Irl Frazier, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-03464-5, Janice Niemi, J., entered November 27, 1996. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Ellington and Appelwick, JJ.